UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Cedric Bishop,

                    Plaintiff,

      -against-

The University of Chicago,

                    Defendant.

25-CV-3001 (AS)

SCHEDULING ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff Bishop filed this case on April 11, 2025. Dkt. 1. The Court will hold a show cause hearing on **April 29, 2025 at 2:00 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. At the hearing, Bishop will be expected to testify as to the basis for standing, venue, and relief he requests.

    If, upon further review, Bishop lacks a good-faith basis to pursue relief in this Court, the case should be dismissed in advance of the hearing.

    SO ORDERED.

Dated: April 15, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge